# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

IN RE:

APPLIED MACHINERY RENTALS, LLC,

CASE NO.: 23-30461
CHAPTER 7

DEBTOR.

---

COLE HAYES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF APPLIED MACHINERY RENTALS, LLC,

*Plaintiff*,

vs.

LOREN NIXON,

*Defendant.*

AP: 25-03107

---

## ANSWER OF LOREN NIXON

**NOW COMES** Defendant LOREN NIXON ("Nixon"), by through undersigned counsel, answering and responding to the Complaint [D.E. 1] (the "Complaint") filed by Plaintiff COLE HAYES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF APPLIED MACHINERY RENTALS, LLC (the "Debtor" or "Plaintiff"), and hereby alleges, asserts and states as follows:

### FIRST DEFENSE
**Failure to State Claim**

The Debtor has failed to allege facts with sufficient plausibly that, if proven, establish the requisite elements for avoidance and recovery of constructively fraudulent transfers under § 548 of the Bankruptcy Code or North Carolina law. As a result, these claims must be dismissed pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to this adversary proceeding by Fed. R. Civ.

P. 7012, for failure to state claims upon which relief may be granted.

## SECOND DEFENSE

Nixon, in answering the numbered allegations made and asserted by the Debtor in the Complaint, states and responds as follows:

### Parties, Jurisdiction, and Venue

1. The allegations contained in paragraph 1 of the Complaint are admitted.

2. The allegations contained in paragraph 2 of the Complaint are admitted.

3. The allegations contained in paragraph 3 of the Complaint are admitted.

4. The allegations contained in paragraph 4 of the Complaint are admitted.

5. The allegations contained in paragraph 5 of the Complaint are denied.

6. The allegations contained in paragraph 6 of the Complaint are admitted.

7. The allegations contained in paragraph 7 of the Complaint constitute legal conclusions to which a response is not required. Accordingly, the allegations contained in paragraph 7 of the Complaint are denied.

8. The allegations contained in paragraph 8 of the Complaint constitute legal conclusions to which a response is not required. Accordingly, the allegations contained in paragraph 7 of the Complaint are denied.

9. The allegations contained in paragraph 9 of the Complaint are admitted.

10. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 10 of the Complaint. Accordingly, said allegations are denied.

11. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 11 of the Complaint. Accordingly, said allegations are denied.

### Factual Background

12. Defendant lacks sufficient information or knowledge to admit or deny the

allegations contained in paragraph 12 of the Complaint. Accordingly, said allegations are denied.

13. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 13 of the Complaint. Accordingly, said allegations are denied.

14. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 14 of the Complaint. Accordingly, said allegations are denied.

15. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 15 of the Complaint. Accordingly, said allegations are denied.

16. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 16 of the Complaint. Accordingly, said allegations are denied.

17. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 17 of the Complaint. Accordingly, said allegations are denied.

18. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 18 of the Complaint. Accordingly, said allegations are denied.

19. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 19 of the Complaint. Accordingly, said allegations are denied.

20. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 20 of the Complaint. Accordingly, said allegations are denied.

21. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 21 of the Complaint. Accordingly, said allegations are denied.

22. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 22 of the Complaint. Accordingly, said allegations are denied.

23. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 23 of the Complaint. Accordingly, said allegations are denied.

24. Defendant lacks sufficient information or knowledge to admit or deny the

allegations contained in paragraph 24 of the Complaint. Accordingly, said allegations are denied.

25. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 25 of the Complaint. Accordingly, said allegations are denied.

26. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 26 of the Complaint. Accordingly, said allegations are denied.

27. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 27 of the Complaint. Accordingly, said allegations are denied.

28. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 28 of the Complaint. Accordingly, said allegations are denied.

29. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 29 of the Complaint. Accordingly, said allegations are denied.

30. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 30 of the Complaint. Accordingly, said allegations are denied.

31. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 31 of the Complaint. Accordingly, said allegations are denied.

32. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 32 of the Complaint. Accordingly, said allegations are denied.

33. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 33 of the Complaint. Accordingly, said allegations are denied.

34. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 34 of the Complaint. Accordingly, said allegations are denied.

## The Transfers

35. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 35 of the Complaint. Accordingly, said allegations are denied.

36. The allegations contained in paragraph 36 of the Complaint are admitted.

37. It is admitted that Defendant was put on the payroll of Plaintiff at some time. Except as herein admitted, the allegations contained in paragraph 37 of the Complaint are denied.

38. It is admitted that AMR paid Defendant some amount. Except as herein admitted, the allegations contained in paragraph 38 of the Complaint are denied.

39. The allegations contained in paragraph 39 of the Complaint are denied.

40. The allegations contained in paragraph 40 of the Complaint are denied.

41. The allegations contained in paragraph 41 of the Complaint are denied.

42. The allegations contained in paragraph 42 of the Complaint are denied.

43. The allegations contained in paragraph 43 of the Complaint are denied.

44. It is admitted that AMR permitted Defendant to use a Ford F150 and paid the property taxes associated with the vehicle. Except as herein admitted, the allegations contained in paragraph 44 of the Complaint are denied.

45. The allegations contained in paragraph 45 of the Complaint are denied.

46. The allegations contained in paragraph 46 of the Complaint are denied.

47. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 47 of the Complaint. Accordingly, said allegations are denied.

## FIRST CLAIM FOR RELIEF
**11 U.S.C. §§ 544, 548, 550, and 551, and S.C. Code §§ 39-5-10, *et seq.*, and N.C. Gen. Stat. § 39-23.1 et seq.**

48. Defendant incorporates by reference its previous responses.

49. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 49 of the Complaint. Accordingly, said allegations are denied.

50. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 50 of the Complaint. Accordingly, said allegations are denied.

5

51. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 51 of the Complaint. Accordingly, said allegations are denied.

52. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 52 of the Complaint. Accordingly, said allegations are denied.

53. The allegations contained in paragraph 53 of the Complaint are denied.

54. The allegations contained in paragraph 54 of the Complaint are denied.

55. The allegations contained in paragraph 55 of the Complaint are denied.

56. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 56 of the Complaint. Accordingly, said allegations are denied.

57. The allegations contained in paragraph 57 of the Complaint are denied.

58. The allegations contained in paragraph 58 of the Complaint are denied.

59. The allegations contained in paragraph 59 of the Complaint are denied.

60. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 60 of the Complaint. Accordingly, said allegations are denied.

61. The allegations contained in paragraph 61 of the Complaint are denied.

62. The allegations contained in paragraph 62 of the Complaint are denied.

63. The allegations contained in paragraph 63 of the Complaint are denied.

64. The allegations contained in paragraph 64 of the Complaint are denied.

65. The allegations contained in paragraph 65 of the Complaint are denied.

66. The allegations contained in paragraph 66 of the Complaint are denied.

**SECOND CLAIM FOR RELIEF**
**In the Alternative, Avoidance of Two-Year Transfers**
**11 U.S.C. §§ 548, 550, and 551, and S.C. Code §§ 39-5-10, *et seq*., and N.C. Gen. Stat. § 39-23.1 et seq.**

67. Defendant incorporates by reference its previous responses.

68. The allegations contained in paragraph 68 of the Complaint constitute legal conclusions to which a response is not required. Accordingly, the allegations contained in paragraph 68 of the Complaint are denied.

69. The allegations contained in paragraph 69 of the Complaint constitute legal conclusions to which a response is not required. Accordingly, the allegations contained in paragraph 69 of the Complaint are denied.

70. The allegations contained in paragraph 70 of the Complaint are denied.

71. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 71 of the Complaint. Accordingly, said allegations are denied.

72. The allegations contained in paragraph 72 of the Complaint are denied.

73. The allegations contained in paragraph 73 of the Complaint are denied.

74. The allegations contained in paragraph 74 of the Complaint are denied.

75. The allegations contained in paragraph 75 of the Complaint are denied.

76. The allegations contained in paragraph 76 of the Complaint are denied.

77. The allegations contained in paragraph 77 of the Complaint are denied.

78. The allegations contained in paragraph 78 of the Complaint are denied.

79. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 79 of the Complaint. Accordingly, said allegations are denied.

80. The allegations contained in paragraph 80 of the Complaint are denied.

81. The allegations contained in paragraph 81 of the Complaint are denied.

82. The allegations contained in paragraph 82 of the Complaint are denied.

83. The allegations contained in paragraph 83 of the Complaint are denied.

84. The allegations contained in paragraph 84 of the Complaint are denied.

## THIRD CLAIM FOR RELIEF
### In the Alternative, Restitution / Unjust Enrichment

85. Defendant incorporates by reference its previous responses.

86. The allegations contained in paragraph 86 of the Complaint constitute legal conclusions to which a response is not required. Accordingly, the allegations contained in paragraph 86 of the Complaint are denied.

87. The allegations contained in paragraph 87 of the Complaint constitute legal conclusions to which a response is not required. Accordingly, the allegations contained in paragraph 87 of the Complaint are denied.

88. The allegations contained in paragraph 88 of the Complaint are denied.

89. The allegations contained in paragraph 89 of the Complaint are denied.

90. The allegations contained in paragraph 90 of the Complaint are denied.

91. The allegations contained in paragraph 91 of the Complaint are denied.

### THIRD DEFENSE
### General Denial

Nixon denies each and every allegation of the Complaint not admitted or otherwise controverted or qualified and further denies that the Debtor is entitled to any relief whatsoever by way of the allegations and claims for relief set forth therein.

### FOURTH DEFENSE
### Statute of Limitations

The claims for relief asserted by the Debtor against Nixon may be barred, in whole or in part, under the applicable statute of limitations.

### FIFTH DEFENSE
### Good Faith
### 11 U.S.C. § 550(b)

Defendant as a complete bar to recovery by the Debtor on account of its claim for avoidance and recovery of any and all payments asserts that Defendant received said payments for value, in

good faith and without knowledge of the avoidability of the payments pursuant to § 550(b) of the Bankruptcy Code.

## SIXTH DEFENSE
**Reservation of Additional Affirmative Defenses**

Defendant reserves the right to assert any affirmative defense available under the Bankruptcy Code, 11 U.S.C. § 101, *et seq.*, or other applicable law, as may be discovered during the course of this adversary proceeding.

## PRAYER FOR RELIEF

**WHEREFORE,** and for the reasons set forth herein, Nixon respectfully requests entry of an Order:

1. Adjudging that the Debtor have and recover nothing from Nixon on account of the claims for relief set forth in the Complaint;

2. Taxing the costs of this civil action against the Debtor;

3. Awarding Nixon such other and further relief as this Court deems just and proper.

Respectfully submitted this, the 26th day of September, 2025.

**BUCKMILLER & FROST, PLLC**

BY:   s/Matthew Buckmiller

MATTHEW BUCKMILLER, NCSB No. 35194
mbuckmiller@bbflawfirm.com
4700 Six Forks Road, Suite 150
Raleigh, North Carolina 27609
T: (919) 296-5040
F: (919) 977-7101

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is, and at all times hereinafter was, more than eighteen (18) years of age, and on this date, a true and accurate copy of the foregoing **ANSWER** was electronically filed utilizing the CM/ECF system, notification of which was remitted to the following ECF participants:

Lance P. Martin
Thomas C. Wolff
Ward and Smith, P.A.
PO Box 2020
Asheville NC 28802-2020
*Special Counsel for Cole Hayes, Esq.. Trustee for Applied Machinery Rentals, LLC*

Executed, under penalty of perjury this, the 26th day of September, 2025.

                                          s/Matthew Buckmiller
                                          Matthew Buckmiller, NCSB No. 35194
                                          mbuckmiller@bbflawfirm.com
                                          BUCKMILLER & FROST, PLLC
                                          4700 Six Forks Road, Suite 150
                                          Raleigh, North Carolina 27609