FILED & JUDGMENT ENTERED
Christine F. Winchester

November 14 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Benjamin A. Kahn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Applied Machinery Rentals, LLC | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Case No. 23-30461 |
| _____ | ) | |
| | ) | |
| Cole Hayes, Chapter 7 Trustee | ) | |
| for the Bankruptcy Estate of | ) | |
| Applied Machinery Rentals, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 25-03107 |
| | ) | |
| Loren Nixon, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER SETTING DEADLINE FOR BRIEF OR LEGAL MEMORANDUM IN SUPPORT OF DEFENSE OF FAILURE TO STATE A CLAIM**

This adversary proceeding is before the Court on the Complaint filed by Cole Hayes as Chapter 7 Trustee for the Bankruptcy Estate of Applied Machinery Rentals, LLC ("Plaintiff") on July 28, 2025,

1

ECF No. 1, and the Answer filed by Loren Nixon ("Defendant") on September 26, 2025.  ECF No. 8.

As permitted under Federal Rule of Civil Procedure 12(b)(6), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7012(b), Defendant raised the affirmative defense that the Complaint fails to state a claim upon which relief can be granted in the Answer.  Id. at 1-2.  To facilitate formulation and simplification of the issues in this adversary proceeding, avoid unnecessary proof and cumulative evidence, and facilitate the just, speedy, and most efficient disposition of this action, the Court will require Defendant to file a brief or legal memorandum in support of the defense of failure to state a claim for relief.

NOW, THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED,** and **DECREED** as follows:

1.    Defendant shall have 28 days from the date of this Order within which to file and serve a brief or legal memorandum in support of any defense asserting failure to state a claim for relief.  **If Defendant does not file a supporting brief or legal memorandum on or before 28 days from the date of this Order Defendant shall be deemed to have waived the defense and an order overruling and denying such defense shall be entered.**

2.    If Defendant files a brief or legal memorandum in support of such defense, Plaintiff may file and serve a brief or legal

2

memorandum in opposition within 14 days after service of Defendant's filing.

3. Nothing in this Order shall be deemed to stay the adversary proceeding or ongoing discovery.

[END OF DOCUMENT]

**SO ORDERED**.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |